UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LLOYD C. HILL, JR., a single man,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KING COUNTY, a Washington municipal corporation; CHARLES MOREY, and the marital community comprised of CHARLES MOREY and DOE MOREY;  MICHAEL CHASE and the marital community comprised of MICHAEL CHASE and DOE CHASE; RICHARD ALMANZA, and the marital community comprised of RICHARD ALMANZA and DOE ALMANZA; DENNIS FOLK and the marital community comprised of DENNIS FOLK and DOE FOLK; MARCIAL J. WILLIAMSON and the marital community comprised of MARCIAL J. WILLIAMSON and DOE WILLIAMSON; and KENDRA JEFFERSON and the marital community comprised of KENDRA JEFFERSON and DOE JEFFERSON,<br><br>　　　　　　Defendants. | CASE NO.  2:23-cv-00771-RSM<br><br>STIPULATED MOTION FOR ORDER CONTINUING DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY |

## I. RELIEF REQUESTED

Plaintiffs and Defendants hereby submit this stipulated motion for entry of an order continuing the deadline for parties to file motions related to discovery for two weeks, from June

STIPULATED MOTION FOR ORDER
CONTINUING DEADLLINE FOR FILING
MOTIONS RELATED TO DISCOVERY - 1

16, 2025 to June 30, 2025. In support of this motion, the parties jointly submit the following to the Court:

    1.    On November 19, 2024, the Court entered its Order on the parties' stipulated motion, establishing June 16, 2025 as the deadline for the parties to file motions related to discovery. Dkt. #32.

    2.    In this case, Plaintiff seeks recovery of money damages for an alleged incident that occurred at the King County Jail on December 24, 2020, which Plaintiff alleges resulted in serious personal injuries. Several King County corrections officers who were involved in the alleged incident are defendants in this action.

    3.    The parties have diligently pursued and participated in discovery. Both sides have propounded extensive written discovery and have produced voluminous documents in response to requests for production of documents. Numerous depositions have been taken. Written reports from both sides' experts have been timely exchanged. However, there remain a few outstanding written discovery requests propounded by Plaintiff to Defendants. The parties have conferred about these remaining discovery issues and are attempting to resolve them cooperatively.

    4.    Due to a shift in case assignments in the office of Defendants' counsel, new lead counsel for Defendants associated as attorney for Defendants on May 28, 2025, just three weeks ago. *See* Dkt. #38. Defendants' new attorney has diligently been reviewing the facts and case issues.

    5.    Without a short extension of the deadline for filing motions related to discovery, the parties will be required to devote important and finite resources to preparing a motion to compel discovery and to respond to the motion rather than continuing their efforts to resolve the the issues cooperatively. The parties submit that they anticipate that if the Court grants a two-

1  week extension for the parties to file motions related to discovery, the parties will be able to

2  resolve all outstanding discovery issues without requiring motion practice before the Court.

3        6.    Wherefore, the parties jointly move and stipulate that the deadline for the parties

4  to file motions related to discovery be extended from June 16, 2025 to June 30, 2025.

5        SO STIPULATED on June 16, 2025.

6  *Attorneys for Plaintiff:*

| BERRY & BECKETT, PLLP | LAW OFFICE OF EDWARD H. MOORE, P.C. |
|---|---|
| */s/ Guy Beckett* | */s/ Edward H. Moore* |
| Guy W. Beckett, WSBA #14939 | Edward H. Moore, WSBA #41584 |
| 1708 Bellevue Ave. | 3600-15th Ave. W. |
| Seattle, WA 98122 | Seattle, WA 98119 |
| (206) 441-5444 | (206) 826-8214 |
| gbeckett@beckettlaw.com | emoore@ehmpc.com |

*Attorneys for Defendants:*

LEESA MANION
King County Prosecuting Attorney

By: *Amy Montgomery*
Amy Montgomery, WSBA #32068
701-5th Ave., Ste. 600
Seattle, WA 98104
(206) 477-1120
cpopp@kingcounty.gov

## II.  ORDER

The Court having considered the foregoing stipulated motion, and finding that good cause has been shown for the requested relief, now therefore, FINDS and ORDERS that the deadline for the parties to file motions related to discovery is extended from June 16, 2025, to June 30, 2025.

DONE THIS 17th day of June, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE