1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LLOYD C. HILL, JR., a single man,

            Plaintiff,

  vs.

KING COUNTY, a Washington municipal corporation; CHARLES MOREY, and the marital community comprised of CHARLES MOREY and DOE MOREY; MICHAEL CHASE and the marital community comprised of MICHAEL CHASE and DOE CHASE; RICHARD ALMANZA, and the marital community comprised of RICHARD ALMANZA and DOE ALMANZA; DENNIS FOLK and the marital community comprised of DENNIS FOLK and DOE FOLK; MARCIAL J. WILLIAMSON and the marital community comprised of MARCIAL J. WILLIAMSON and DOE WILLIAMSON; and KENDRA JEFFERSON and the marital community comprised of KENDRA JEFFERSON and DOE JEFFERSON;

            Defendants.

NO. 2:23-cv-00771-RSM

ORDER AUTHORIZING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

      THIS MATTER comes before the Court on the parties' stipulated motion for an order authorizing Plaintiff to file his Second Amended Complaint, Dkt. #42. The Court has considered

ORDER AUTHORIZING PLAINTIFF TO
FILE SECOND AMENDED COMPLAINT - 1

the parties' stipulated motion and the court file and is fully advised in the premises. Now therefore, it is hereby ORDERED that Plaintiff is granted leave to file his Second Amended Complaint in the form attached as Exhibit 1 to the stipulated motion.

DATED this June 20, 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE