UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LLOYD C. HILL, JR. a single man,<br><br>        Plaintiff,<br><br>    v.<br><br>KING COUNTY, a Washington municipal corporation, *et al.*,<br><br>        Defendants. | Case No. 2:23-cv-00771-RSM<br><br>SECOND STIPULATED MOTION FOR ORDER CONTINUING DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY |

## I.    RELIEF REQUESTED

Plaintiffs and Defendants hereby submit this second stipulated motion for entry of an order continuing the deadline for parties to file motions related to discovery for two weeks, from June 30, 2025, to July 14, 2025. In support of this motion, the parties jointly submit the following to the Court:

    1.    On November 19, 2024, the Court entered its Order on the parties' stipulated motion, establishing June 16, 2025, as the deadline for the parties to file motions related to discovery. Dkt. #32.

    2.    On June 17, 2025, the Court granted the parties' first stipulated motion for an order extending the discovery motion deadline to June 30, 2025. Dkt. #41.

    3.    In this case, Plaintiff seeks recovery of money damages for an alleged incident that occurred at the King County Jail on December 24, 2020, which Plaintiff alleges resulted in serious personal injuries (the "alleged incident"). Several King County corrections officers who

were involved in the alleged incident are defendants in this action.

4. The parties have diligently pursued and participated in discovery. Both sides have propounded extensive written discovery and have produced voluminous documents in response to requests for production of documents. Numerous depositions have been taken. Written reports from both sides' experts have been timely exchanged.

5. Due to a shift in case assignments in the office of Defendants' counsel, new counsel for Defendants associated as attorneys for Defendants on May 28, 2025, just five weeks ago. *See* Dkt. #38. Other attorneys in the King County Office of the Prosecuting Attorney who previously were representing Defendants are no longer currently working on the case. Defendants' new attorneys have diligently been reviewing the facts and case issues.

6. The parties met and conferred on June 27, 2025, concerning the status of the few remaining issues pertaining to King County's responses to Plaintiff's written discovery. King County has agreed to produce without reservation records and documents responsive to all Plaintiff's remaining outstanding requests for production except for those in two categories that pertain to Plaintiff's prior incarceration and medical and mental health records. King County is attempting to learn whether documents and records concerning those issues that were available to King County on the date of the alleged incident exist in King County's records now, and whether and how they can be produced. If they exist and are in a form that can be produced to Plaintiff, King County intends to produce them. King County has not yet determined if the records currently exist in King County's records, and if they do, how they may be produced to Plaintiff, but expects to obtain that information on or shortly after June 30, 2025.

7. Without a short extension of the deadline for filing motions related to discovery, the parties will be required to devote important and finite resources to preparing a motion to compel discovery and to respond to the motion rather than continuing their efforts to resolve the

remaining issues cooperatively. The parties submit that they anticipate that if the Court grants another two-week extension for the parties to file motions related to discovery, the parties will be able to resolve all outstanding discovery issues without requiring motion practice before the Court.

8. Wherefore, the parties jointly move and stipulate that the deadline for the parties to file motions related to discovery be extended from June 30, 2025, to July 14, 2025.

SO STIPULATED on June 27, 2025.

*Attorneys for Plaintiff:*

| BERRY & BECKETT, PLLP | LAW OFFICE OF EDWARD H. MOORE, P.C |
|---|---|
| */s/ Guy Beckett* | */s/ Edward H. Moore* |
| Guy W. Beckett, WSBA #14939 | Edward H. Moore, WSBA #41584 |
| 1708 Bellevue Ave. | 3600-15th Ave. W. |
| Seattle, WA 98122 | Seattle, WA 98119 |
| (206) 441-5444 | (206) 826-8214 |
| gbeckett@beckettlaw.com | emoore@ehmpc.com |

*Attorneys for Defendants:*

LEESA MANION
King County Prosecuting Attorney

By: */s/ Amy Montgomery*
Amy Montgomery, WSBA #32068
701-5th Ave., Ste. 600
Seattle, WA 98104
(206) 477-1120
Amy.Montgomery@kingcounty.gov

## II. ORDER

The Court having considered the foregoing stipulated motion, and finding that good cause has been shown for the requested relief, now therefore, FINDS and ORDERS that the deadline for the parties to file motions related to discovery is extended from June 30, 2025, to July 14, 2025.

DATED THIS 11th day of July, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE