UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LLOYD C. HILL, JR., a single man,<br><br>                      Plaintiff,<br>    vs.<br><br>KING COUNTY, a Washington municipal corporation; CHARLES MOREY, and the marital community comprised of CHARLES MOREY and DOE MOREY; MICHAEL CHASE and the marital community comprised of MICHAEL CHASE and DOE CHASE; RICHARD ALMANZA, and the marital community comprised of RICHARD ALMANZA and DOE ALMANZA; DENNIS FOLK and the marital community comprised of DENNIS FOLK and DOE FOLK; MARCIAL J. WILLIAMSON and the marital community comprised of MARCIAL J. WILLIAMSON and DOE WILLIAMSON; and KENDRA JEFFERSON and the marital community comprised of KENDRA JEFFERSON and DOE JEFFERSON;<br><br>                      Defendants. | NO. 2:23-cv-00771-RSM<br><br>STIPULATED MOTION AND ORDER DISMISSING CLAIMS AGAINST DEFENDANTS MOREY, CHASE, ALMANZA, FOLK, WILLIAMSON, JEFFERSON, AND THEIR MARITAL COMMUNITIES |

## I. STIPULATED MOTION

PLAINTIFF Lloyd C. Hill, Jr. and Defendants Charles Morey and the marital community

STIPULATED MOTION DISMISSING CLAIMS
AND ORDER - 1

(Case No. 2:23-cv-00771-RSM)

comprised of Charles Morey and Doe Morey; Michael Chase and the marital community comprised of Michael Chase and Doe Chase; Richard Almanza and the marital community comprised of Richard Almanza and Doe Almanza; Dennis Folk and the marital community comprised of Dennis Folk and Doe Folk; Marcial J. Williamson and the marital community comprised of Marcial J. Williamson and Doe Williamson; and Kendra Jefferson and the marital community comprised of Kendra Jefferson and Doe Jefferson (collectively, the "Individual Defendants"), jointly move under Fed. R. Civ. P. 41(a) for an Order dismissing Plaintiff's claims against the Individual Defendants, with prejudice and without an award of costs and/or attorney's fees to any party, for the reason that Plaintiff has settled his claims against the Individual Defendants.

DATED: September 3, 2025.

| *Co-Counsel for Plaintiff* | *Attorneys for Defendants* |
|---|---|
| BERRY & BECKETT, PLLP | LEESA MANION<br>King County Prosecuting Attorney |
| /s/ Guy Beckett<br>Guy W. Beckett, WSBA #14939<br>gbeckett@beckettlaw.com | By: /s/ Amy Montgomery<br>Amy Montgomery, WSBA #32068<br>Amy.Montgomery@kingcounty.gov |
| LAW OFFICES OF EDWARD H. MOORE, P.C. | Jennifer Atchison, WSBA #33263<br>jeatchison@kingcounty.gov<br>Senior Deputy Prosecuting Attorneys |
| /s/ Edward H. Moore<br>Edward H. Moore, WSBA #41584<br>emoore@ehmpc.com | |

## II. ORDER

Plaintiff's claims against the Individual Defendants above are DISMISSED with prejudice and without an award of costs and/or attorney's fees. It is so ORDERED.

DATED this 23rd day of September, 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION DISMISSING CLAIMS
AND ORDER - 3

(Case No. 2:23-cv-00771-RSM)