The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LLOYD C. HILL, JR., a single man,<br><br>    Plaintiff,<br><br>vs.<br><br>KING COUNTY, a Washington municipal corporation; CHARLES MOREY, and the marital community comprised of CHARLES MOREY and DOE MOREY; MICHAEL CHASE and the marital community comprised of MICHAEL CHASE and DOE CHASE; RICHARD ALMANZA, and the marital community comprised of RICHARD ALMANZA and DOE ALMANZA; DENNIS FOLK and the marital community comprised of DENNIS FOLK and DOE FOLK; MARCIAL J. WILLIAMSON and the marital community comprised of MARCIAL J. WILLIAMSON and DOE WILLIAMSON; and KENDRA JEFFERSON and the marital community comprised of KENDRA JEFFERSON and DOE JEFFERSON;<br><br>    Defendants. | NO. 2:23-cv-00771-RSM<br><br>STIPULATED MOTION FOR ORDER DISMISSING CLAIMS AGAINST DEFENDANT KING COUNTY, AND ORDER<br><br>NOTE ON MOTION CALENDAR:<br>September 23, 2025 |

## I. STIPULATED MOTION

PLAINTIFF Lloyd C. Hill, Jr. and Defendant King County, jointly move under Fed. R.

STIPULATED MOTION FOR ORDER
DISMISSING CLAIMS, AND ORDER -1
(Case No. 2:23-cv-00771-RSM)



Berry&Beckett
1708 Bellevue Avenue
Seattle, WA 98122
(206) 441-5444 FAX (206) 838-6346

Civ. P. 41(a) for an Order dismissing Plaintiff's claims against Defendant King County, with prejudice and without an award of costs and/or attorney's fees to any party, for the reason that Plaintiff has settled his claims against King County.

DATED: September 22, 2025.

| Co-Counsel for Plaintiff | Attorneys for Defendants |
|---|---|
| BERRY & BECKETT, PLLP | LEESA MANION |
| | King County Prosecuting Attorney |
| /s/ Guy Beckett | |
| Guy W. Beckett, WSBA #14939 | By: /s/ Amy Montgomery |
| gbeckett@beckettlaw.com | Amy Montgomery, WSBA #32068 |
| | Amy.Montgomery@kingcounty.gov |
| LAW OFFICES OF EDWARD H. MOORE, P.C. | Jennifer Atchison, WSBA #33263 |
| | jeatchison@kingcounty.gov |
| /s/ Edward H. Moore | Senior Deputy Prosecuting Attorneys |
| Edward H. Moore, WSBA #41584 | |
| emoore@ehmpc.com | |

## II. ORDER

It is so Ordered.

DATED this 25th day of September, 2025.

The Hon. Ricardo S. Martinez
United States District Court Judge

STIPULATED MOTION FOR ORDER
DISMISSING CLAIMS, AND ORDER - 2
(Case No. 2:23-cv-00771-RSM)

Berry&Beckett
1708 Bellevue Avenue
Seattle, WA 98122
(206) 441-5444 FAX (206) 838-6346